IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DESIREE WALDRON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 07-00116-CG-B** |
| ) | |
| **STATE FARM FIRE AND CASUALTY** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

This matter is before the court on defendant's motion for summary judgment (Doc. 25) and plaintiff's response thereto (Doc. 31).

This case arises out of damages to plaintiff Desiree Waldron's personal property caused by Hurricane Katrina. State Farm denied plaintiff's claim for damage on the basis that the damage was caused by storm surge and flooding and was, therefore, not covered under the applicable policy. Plaintiff filed this lawsuit claiming the damage was caused by wind and, therefore, covered under her policy. The complaint asserts claims against State Farm for breach of contract, bad faith, negligence and wantonness. State Farm's motion for summary judgment contends that plaintiff has failed to provide evidence sufficient to create a genuine issue of material fact as to whether the damage to her property was caused by wind and cannot show that State Farm breached any duty it owed to the plaintiff. As such, defendant asserts that plaintiff cannot support any of her claims because she cannot show that State Farm breached the contract, acted in bad faith or was negligent or wanton.

Plaintiff's response acknowledges that "summary judgment is due to be granted in its

entirety." (Doc. 31).   Plaintiff states that after a full review of the evidence and law, plaintiff was unable to meet her required burden of proof.

Accordingly, the motion of State Farm Fire and Casualty Company for summary judgment (Doc. 25) is **GRANTED** and this case is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 28th day of January, 2008.


                            /s/   Callie V. S. Granade
                       CHIEF UNITED STATES DISTRICT JUDGE